UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

FILED
APR 03 2008
CLERK

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR. 08-M14-01 |
| Plaintiff (Demandante), | * | |
| vs. | * | WAIVER OF PRELIMINARY EXAMINATION (RENUNCIA VOLUNTARIA A UNA EXAMINACION PRELIMINAR) |
| ELIAS Q. LECHUGA, | * | |
| Defendant (Acusado). | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

I, Elias Q. Lechuga, charged in a Complaint pending in this District and having appeared before this Court and having been advised of my rights as required by Fed. R. Crim. P. 5, including my right to have a preliminary examination, do hereby waive (give up) my right to a preliminary examination.

Yo, Elias Q. Lechuga, acusado en la Denuncia pendiente en este Distrito y una vez de haber comparecido ante este Tribunal y una vez informado de mis derechos como es requerido por el Procesamiento Federal de Asuntos Criminales, P. 5, incluyendo mi derecho a una examinacion preliminar, por medio de la presente renuncio (ceder) a mi derecho a una examinacion preliminar.

Date (Fecha) 4-3-08 — X
Defendant (Acusado)

Date (Fecha) 4-3-08
Attorney for Defendant (Abogado del Acusado)