FILED
APR 07 2008
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ELIAS Q. LECHUGA,

Defendant.

CR. 08-M14-1

DEFENDANT'S MOTION FOR DISCLOSURE

Pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure, the Defendant hereby requests forthwith the opportunity to inspect and copy or photograph any books, papers, documents, photographs, tangible objects, copies or portions thereof which are within your possession, custody or control and which you intend to introduce as evidence in chief at the trial in the above-captioned matter; as well as the results and reports of physical or mental examinations and scientific tests or experiments made in connection with this case or copies thereof which are within your possession or control and which you intend to introduce as evidence in chief at the trial or were prepared by a witness you intend to call at the trial whose testimony would relate to such results or reports.

Pursuant to Rule 26.2 of the Federal Rules of Criminal Procedure, the Defendant hereby moves for the production of statements of witnesses for the defense, and further requests that such statements be provided to the Defendant on the Friday before the trial in this matter is to commence.

Dated this 4th day of April, 2008.

Respectfully submitted,

BURNETTE LAW OFFICE, Prof. L.L.C.

Sara L. Burnette
4904 S. Oxbow Ave., Ste. 301
Sioux Falls, SD 57106
(605) 221-0604

CERTIFICATE OF SERVICE

I herby certify that on this __7__ day of April, 2008, a true and correct copy of the foregoing Motion for Disclosure was served upon the following person, by U.S. Mail, postage prepaid, addressed as follows:

John Haak, AUSA
United States Attorney's Office
P.O. Box 3303
Sioux Falls, SD 57101-3303

Sara L. Burnette
Attorney for Defendant