UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
JUL 14 2008
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ELIAS QUINONEZ LECHUGA,<br>Defendant. | CR08-40046-02<br>FACTUAL BASIS STATEMENT |

The undersigned parties stipulate that the following facts are true and establish a factual basis for the plea in the action pursuant to Federal Rules of Criminal Procedure 11(b)(3):

Beginning on or about April of 2007, two or more persons began to distribute methamphetamine in South Dakota and elsewhere under a cooperative agreement to do so. The defendant, Elias Quinonez Lechuga, knowingly and voluntarily joined the agreement after it was formed. During his involvement, the defendant helped transport methamphetamine, distribute it and collect drug debts from customers who had obtained methamphetamine on credit. Over the course of the conspiracy, the defendant transported and distributed 500 grams or more of a mixture or substance containing methamphetamine, all in violation of 21 U.S.C. §§ 841(a)(1) and 846.

The defendant's involvement was curtailed by law enforcement on April 1, 2008, when he was arrested trying to flee a residence in Sioux Falls. A search of that residence revealed over a kilogram of methamphetamine buried under dirt in the basement.

The defendant understands that additional drug quantities may be attributable to him for sentencing purposes.

MARTY J. JACKLEY
United States Attorney

14 Jul 08
Date

For
JOHN E. HAAK
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)330-4400
Facsimile: (605)330-4410
E-Mail: john.haak@usdoj.gov

7-14-08
Date

Elias Quinonez Lechuga
Defendant

7-14-08
Date

Sara L. Burnette
Attorney for Defendant